# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137120

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THOMAS F. SCHUPRA,
      Plaintiff/Counterdefendant-
      Appellant,

v

SC: 137120
COA: 277585
Oakland CC: 2005-064972-CH

THE WAYNE OAKLAND AGENCY,
      Defendant/Counterplaintiff-
      Appellee,

and

LARRY H. GOLTZ, DAWN BLAZICEK, CINDY
COMMISSO, and JAMES FOWLER,
      Defendants-Appellees,
and

ALLMERICA FINANCIAL CORPORATION and
CITIZENS INSURANCE COMPANY OF
AMERICA,
      Defendants.

_____/

On order of the Court, the application for leave to appeal the May 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk